UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA COPENHAVER,

    Plaintiff,

v.

    Case No.: 1:06-cv-569

    HON. PAUL L. MALONEY

CAROL PARKER et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. No. 101) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (Dkt. No. 101) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** Plaintiff Copenhaver's motion (Dkt. No. 91) for summary judgment as to Defendant Blackmer only is **DENIED.**

Dated:  August 13, 2008

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge